*Form 130* (3/23)–doc 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Active World Holdings Inc. )<br>   dba Active World Club )<br>                  )<br>Debtor(s). )<br>                  )<br>                  ) | Case No. 24–12780–pmm<br><br>Chapter: 11 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

20 Largest Unsecured Creditors Due 8/22/24
Corporate Ownership Statement Due 8/22/24
Corporate Resolution Due 8/22/24
Equity Security Holders Due 8/22/24
Schedule A/B Due 8/22/24
Schedule D Due 8/22/24
Schedule E/F Due 8/22/24
Schedule G Due 8/22/24
Schedule H Due 8/22/24
Small BusBalance Sheet Due 8/15/24
Small Business Cash Flow Statement Due 8/15/24
Small Business Statement of Operations Due 8/15/24
Small Bus Tax Return Due 8/15/24
Statement of Attorney Compensation Due 8/22/24
Statement of Financial Affairs Due 8/22/24
Summary of Assets and Liabilities Due 8/22/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 9, 2024

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court