| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA** | |
| **Fleischer, Fleischer & Suglia, P.C.** <br> Allison L. Domowitch, Esquire <br> Four Greentree Centre, Suite 305 <br> 601 Route 73 North <br> Marlton, NJ 08053 <br> (856) 489-8977 <br> adomowitch@fleischerlaw.com <br><br> *Attorneys for Creditor WFD Capital LLC* | |
| In re: <br><br> ACTIVE WORLD HOLDINGS, INC. <br><br> Debtor. | Case No. 24-12780-pmm <br><br> Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notice be given or required to be given in this case and all papers served or required to be serviced in this case be served upon the undersigned at the address noted above.

The foregoing requests for notices and papers includes, without limitation, any Plan of Reorganization, Objections thereto, Notices, Applications, Complaints, Motions, Disclosure Statements, Answers and Memoranda or Briefs in support of any documents filed.

                                                  Respectfully submitted,

                                                  */s/ Allison L. Domowitch*
                                                  Allison L. Domowitch, Esquire
                                                  Fleischer, Fleischer & Suglia, P.C.
                                                  Attorneys for Creditor WFD Capital LLC

Dated: August 9, 2024