**Hartman, Valeriano, Magovern & Lutz, P.C.**
by: George M. Lutz, Esquire
Attorney I.D. No. 46437
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA  19610
Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| In re: | Chapter 11 Bankruptcy |
|---|---|
| **ACTIVE WORLD HOLDINGS, INC. DBA ACTIVE WORLD CLUB,** <br><br> **Debtors** | Subchapter V <br><br> Bankruptcy No. 24-12780 PMM |

### STATEMENT OF ALFONSO KNOLL PURSUANT TO 11 U.S.C. 1116

Debtor, Active World Holdings, Inc., declares that no federal income tax return, balance sheet, statement of operations or cash-flow statement has been prepared and therefore these documents are not appended to the Voluntary Petition as required by 11 U.S.C. §1116.

The undersigned, Alfonso Knoll, declares under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Date:  August 15, 2024                             **ACTIVE WORLD HOLDINGS, INC.**

by:  _____
Alfonso Knoll, President