# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BEEN, | : |
| *Plaintiff,* | : |
| | : |
| v. | : **CIVIL ACTION** |
| | : **NO. 23-0292** |
| ACTIVE WORLD HOLDINGS, INC. and | : |
| ALFONSO KNOLL, | : |
| *Defendants.* | : |

## ORDER

**AND NOW,** this **7th** day of **February, 2024**, upon consideration of Plaintiff Scott Been's Unopposed Motion to Enforce Settlement Agreement By Entry of Agreed Judgment (ECF No. 67), it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Agreed Judgment (attached to the motion at ECF No. 67-1) is **APPROVED**.

2. **JUDGMENT** in the amount of $921,925.00 is **ENTERED** in favor of plaintiff Scott Been and against defendants Active World Holdings, Inc. and Alfonso Knoll.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BEEN<br><br>Plaintiff<br><br>v.<br><br>ACTIVE WORLD HOLDINGS, INC., AND ALFONSO KNOLL<br><br>Defendants | CIVIL ACTION<br><br>NO. 5:23-CV-00292-KNS |

## ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW SCOTT BEEN, Plaintiff and Judgment Creditor in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT judgment was entered by this Court on February 7, 2024.

2) THAT Plaintiff was awarded the total amount of $921,925.00 against Defendants ACTIVE WORLD HOLDINGS, INC. and ALFONSO KNOLL.

3) THAT there have been no revivals since the entry of said judgment and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

4) SCOTT BEEN, whose address is 29814 Smoky Ridge Road, Fulshear, TX 77441, is the judgment creditor of record.

5) THAT the last address of record for ACTIVE WORLD HOLDINGS, INC., judgment debtor, is 317 East Penn Avenue, Robesonia, PA 19551.

6) THAT the last address of record for ALFONSO KNOLL, judgment debtor, is 124 Huntzinger Road, Wernersville, PA 19565.

7) THAT I, SCOTT BEEN, judgment creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment to the following person:

WFD CAPITAL LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

8) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, WFD CAPITAL LLC, are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

9) THAT I hereby irrevocably assign to and authorize Assignee, WFD CAPITAL LLC, to recover, compromise, settle and enforce said judgment at its discretion.

10) WFD CAPITAL LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038, is now the holder and owner of the Judgment.

Signed this 8TH day of February, 2024.

_____
SCOTT BEEN
Original Judgment Creditor

NOTARY ACKNOWLEDGEMENT ON FOLLOWING PAGE

# NOTARY ACKNOWLEDGMENT

State of Texas

County of Ft-Bend

Before me, Alexander Chavez, Notary Public, on this day personally appeared SCOTT BEEN, known to me (or proved to me on the oath of _____ or through TXDL [Description of Identity Card or Other Document] to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 8 day of February, 2024.

(seal)

[Notary seal: ALEXANDER CHAVEZ, NOTARY PUBLIC, STATE OF TEXAS, ID 134653016, EXP. 11-20-2027]

_____
Notary Public Signature