UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| ACTIVE WORLD HOLDINGS, INC. | : | |
| | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 24-12780 (PMM) |

## NOTICE OF TELEPHONE NUMBER FOR SECTION 341(a) MEETING OF CREDITORS

The Section 341(a) Meeting of Creditors will be held telephonically on **Friday, September 20, 2024 at 11:00AM (EST).**

Any party wishing to participate may call the conference line at that time at **1-877-685-3103 authorization code 6249335.**

ANDREW R. VARA
United States trustee
for Regions 3 and 9

By:    ＿＿*/s/ Kevin P. Callahan*＿＿＿＿＿
Kevin P. Callahan, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
E-Mail: Kevin.P.Callahan@usdoj.gov

DATED:  September 19, 2024