IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| Active World Holdings, Inc. | ) | |
| Debtor | ) | Bankruptcy #24-12780-pmm |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk, Chapter 13 Trustee, Debtor's Attorney and U.S. Trustee:

Please enter the appearance of Nikolaus & Hohenadel, LLP on behalf of the Lancaster County Tax Claim Bureau. Pursuant to Bankruptcy Rule 2002, we request notice of all documents as counsel for the Lancaster County Tax Claim Bureau.

Date:  September 20, 2024         By:     /s/ Robert S. Cronin, Jr.
                                         Robert S. Cronin, Jr. Esquire
                                         Nikolaus & Hohenadel, LLP
                                         Attorney I.D. No. 87810
                                         Attorney for Lancaster County
                                         Tax Claim Bureau
                                         212 North Queen Street
                                         Lancaster, PA 17603
                                         Phone: 717-299-3726
                                         Fax: 717-299-1811
                                         Email: rcronin@n-hlaw.com