# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **Active World Holdings Inc.** | : | |
| | : | Case No. 24-12780 (PMM) |
| | : | |
| **Debtor.** | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion of WFD Capital, LLC for Relief from Automatic Stay (doc. #19) and a hearing thereon having been held on September 24, 2024;

**AND** for the reasons discussed at the hearing and upon agreement of the parties;

It is hereby **ORDERED** that:

1. Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362 regarding the Debtor's real estate located at 697 North Galen Hall Road / Winding Way, Wernersville, PA 19565 and at 395 Holtzman Road, Reinholds, PA 17569;

2. On or before **12:00PM, Wednesday, September 25, 2024**, Debtor's counsel shall provide to Movant's counsel, proof of the transmission of an adequate protection payment in the amount of $5,000.00 sent directly to Movant; and

3. Failure to comply with the terms of paragraph 2 will result in a waiver of the 14-day stay pursuant to Fed R. Bankr. Proc. 4001(a)(3) and Movant will be permitted to take immediate action in the foreclosure proceedings involving the subject properties.

**Date: September 24, 2024**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**