**Hartman, Valeriano, Magovern & Lutz, P.C.**
by: George M. Lutz, Esquire
Attorney I.D. No. 46437
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA 19610
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re: | Chapter 11 Bankruptcy |
|---|---|
| **ACTIVE WORLD HOLDINGS, INC. DBA ACTIVE WORLD CLUB,**  Debtors | Subchapter V  Bankruptcy No. 24-12780 PMM |

<b>11 U.S.C. 1188 STATUS REPORT</b>

In accordance with the 11 U.S.C. 1188, the Debtor submits the following:

1. The Debtor continues to implement the liquidation of some of its assets in order to properly fund a Plan of Reorganization.

2. The Debtor continues to work with prospective lenders to obtain funding to properly fund a Plan of Reorganization.

3. On October 7, 2024 the Debtor will be submitting a request to the receiver for Net Savings Link Inc. (See Schedule B, Part 3, No. 10 (Supplement to Schedules) for approval of payment by a stock sale pursuant to Section 3(a)(1) of the Securities Act of 1933 (15 U.S.C. §§ 77a et seq).

**Date:** October 7, 2024              **Respectfully submitted,**

                                       **Hartman, Valeriano, Magovern & Lutz, PC**

                           by:    /s/ George M. Lutz
                                  _____
                                  **George M. Lutz, Esquire**
                                  **1025 Berkshire Boulevard, Suite 700**
                                  **Wyomissing, PA 19610**
                                  **Pa. Attorney ID No.: 46437**