IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ACTIVE WORLD HOLDINGS, INC.. | : | Case No. 24-12780 (PMM) |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

**UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CASE**

The United States Trustee for Region Three, by and through his undersigned counsel, pursuant to 11 U.S.C. Section 1112(b), requests the Court to enter an Order converting the above-captioned case to Chapter 7, or in the alternative, dismissing this case, and in support thereof states as follows:

1.Andrew R. Vara is the United States Trustee ("UST") for this jurisdiction.  The UST consents to a final order in this case.

2.Pursuant to 28 U.S.C. Section 586, the United States Trustee is responsible for the supervision and administration of all cases filed under Chapter 11 of the Bankruptcy Code.  The United States Trustee has standing to request conversion or dismissal of this case.  11 U.S.C. §§ 307, 1112(b).

3.The debtor filed a petition for relief under Chapter 11 Subchapter V of the Bankruptcy Code on August 8, 2024. Since that date, the debtor has remained in possession of her assets and has operated as a debtor-in-possession.  11 U.S.C. §§ 1107, 1108. The UST appointed Holly Miller as the Subchapter V trustee.

    4.       11 U.S.C.§1112 provides for the conversion or dismissal of Chapter 11 cases. Under that section, after notice and hearing, for cause shown, the Court may convert or dismiss a case, whichever is in the best interest of creditors and estate.  11 U.S.C. § 1112(b).

    5.       The debtor has failed to file current monthly operating reports.

    6.       The debtor has failed open a debtor in possession account and has otherwise not complied with UST financial reporting requirements.

    7.       The debtor failed to file a plan within ninety days of the petition date as required by U.S.C § 1189.

    8.       The debtor is unable to effectuate a plan and has caused unreasonable delay.

**WHEREFORE,** based on the foregoing, the United States Trustee requests that the case be converted or dismissed.

Respectfully submitted,

ANDREW R. VARA
United States Trustee
For Regions 3 and 9

BY:    */s/ Kevin P. Callahan*
KEVIN P. CALLAHAN
Trial Attorney
Office of the U.S. Trustee
Robert N. C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA  19107
Telephone: (215) 597-4411

Dated: November 14, 2024